UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>United States of America</u>

        v.                                Criminal No. 05-cr-58-01-SM

<u>Cornelius Owens</u>


O R D E R


Defendant's assented-to motion to continue the trial (document no. 10) is granted. Trial has been rescheduled for the October trial period. Defendant Owens shall file a Waiver of Speedy Trial Rights not later than July 8, 2005. On the filing of such waiver, his continuance shall be effective.

The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the

exercise of due diligence under the circumstances.

    Final Pretrial Conference:  September 23, 2005 at 4:30 PM

    Jury Selection:  October 4, 2005 at 9:30 AM

    SO ORDERED.

June 27, 2005

                                                   Steven J. McAuliffe
                                                 Chief Judge

cc:    Robert Kinsella, Esq.
       Scott P. Lopez, Esq.
       Steven M. Gordon, Esq.
       U. S. Probaton
       U. S. Marshal