UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

       v.                                        Case No. 05-cr-58-01-SM

Cornelius E. Owens

O R D E R

      Defendant's assented-to motion to continue the trial (document no. 13) is granted. Trial has been rescheduled for the November 2005 trial period. Defendant shall file a Waiver of Speedy Trial Rights not later than September 30, 2005. On the filing of such waiver, his continuance shall be effective.

      The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the

exercise of due diligence under the circumstances.

       Final Pretrial Conference:   October 21, 2005 at 4:15 PM

       Jury Selection:   November 1, 2005 at 9:30 AM

       SO ORDERED.

September 22, 2005

                                     Steven J. McAuliffe
                                     Chief Judge

cc:   Robert Kinsella, Esq.
      Scott P. Lopez, Esq.
      Steven M. Gordon, Esq.
      U. S. Probation
      U. S. Marshal